## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC., and CARL M. FREEMAN ASSOCIATES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) ) |
| RESORTQUEST INTERNATIONAL, INC., RESORTQUEST DELAWARE BEACHES, COASTAL RESORTS MANAGEMENT, INC., and COASTAL RESORTS REALTY L.L.C., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs Sea Colony Development Corporation, Inc. ("SCDC") and Carl M.

Freeman Associates, Inc. ("Freeman") bring this complaint against defendants ResortQuest

International, Inc., ResortQuest Delaware Beaches, Coastal Resorts Management, Inc. ("CRM"),

and Coastal Resorts Realty L.L.C. ("CRR"), (collectively "RQI" or Defendants) seeking

monetary and injunctive relief for federal and state trademark infringement, unfair competition,

breach of contract, conversion, violation of the Anticybersquatting Consumer Protection Act,

violation of the Uniform Deceptive Trade Practices Act, and/or violation of the Delaware Anti-

Dilution Statute as described below.  For their claims against Defendants, Plaintiffs state and

allege the following:

### I.    Nature of the Claim

1.    For over thirty-five years, SCDC, Freeman, and their licensees have used the SEA

COLONY word mark in connection with their services involving the famous Sea Colony Resort

Community in Bethany Beach, Delaware. SCDC owns common-law rights in and federal trademark registrations for the SEA COLONY word mark ("SEA COLONY mark") as well as its Bird-In-Circle Design mark.

2.      From late 1997 until 2005, ResortQuest International, Inc. (through its subsidiaries CRM and CRR) was a licensee of the SEA COLONY mark and Bird-In-Circle Design mark in connection with its management services and its sales and rental services at the Sea Colony Resort. Those licenses terminated on May 31, 2005, leaving RQI with no right or legitimate interest in SCDC's trademarks.

3.      Nonetheless, RQI repeatedly attempts to trade off the goodwill associated with the SEA COLONY mark, continues to use SCDC's trademarks in conjunction with its business and in advertising its business, and continues to hold hostage the domain name seacolony.com, in violation of several statutes, in violation of SCDC's legitimate rights and interests, and in a manner that is likely to cause consumer or purchaser confusion.

4.      CRM also leases office space in one of the buildings in the Sea Colony Resort from Freeman. The leased space was only to be used in conjunction with CRM's or RQI's security services. But, in direct violation of its lease, RQI also uses that space to promote its own sales and rental business.

## II.    Jurisdiction and Venue

5.      This Court has subject-matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). Furthermore, this Court has jurisdiction over certain claims under 28 U.S.C. § 1338(b) as these claims are joined with substantial and related claims brought under the federal trademark laws (15 U.S.C. §§ 1051 *et seq.*) of the United States. This Court also has jurisdiction over the state-law claims under the doctrine of supplemental

jurisdiction, 28 U.S.C. § 1367(a), because the state-law claims are so related to the federal claims that they form part of the same case or controversy, are based on the same operative facts, and judicial economy, convenience, and fairness to the parties will result if this Court assumes and exercises jurisdiction over these claims.

6.     This Court has personal jurisdiction over each of the Defendants as, upon information and belief, each of the Defendants is a Delaware entity and/or operates a significant portion of its respective business in Delaware.

7.     Venue is proper in this district under 28 U.S.C. § 1391(b) because the acts complained of occurred and are occurring in this District, those acts have caused damage to SCDC and Freeman in this District and, upon information and belief, each defendant resides in this District.

**III.     Parties**

8.     SCDC is a Delaware corporation with a business address of 18330 Village Mart Drive, Second Floor, Olney, Maryland 20832 and a mailing address of P.O. Box 488, Pennsylvania Avenue and Jefferson Bridge Road, Bethany Beach, Delaware 19930.

9.     Freeman is a Maryland corporation with its principle place of business located at 18330 Village Mart Drive, Second Floor, Olney, Maryland, 20832.

10.     Upon information and belief, ResortQuest International, Inc. is a Delaware corporation with its principal place of business located at 8955 Highway 98 West, Suite 203, Destin, Florida 32550.  ResortQuest International, Inc.'s registered agent in Delaware is listed as National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, Delaware 19904.

11.     Upon information and belief, ResortQuest Delaware Beaches is a wholly owned subsidiary or division of ResortQuest International, Inc. ResortQuest Delaware Beaches has a

place of business located at The Marketplace, West Way Drive & Route 1, Bethany Beach, Delaware 19930 and a mailing address of P.O. Box 480, Bethany Beach, Delaware 19930.

12.     Upon information and belief, CRM is a Delaware corporation and is a wholly owned subsidiary of ResortQuest International, Inc.  CRM's registered agent in Delaware is listed as The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.  Upon information and belief, CRM is doing business as ResortQuest Delaware Beaches and/or ResortQuest International, Inc.

13.     Upon information and belief, CRR is a Delaware limited-liabilty company and is a wholly owned subsidiary of ResortQuest International, Inc.  CRR's registered agent in Delaware is listed as Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808.  Upon information and belief, CRR is doing business as ResortQuest Delaware Beaches and/or ResortQuest International, Inc.

## IV.    The Sea Colony Trademarks

14.     SCDC is the developer of the widely-popular Sea Colony Resort in Bethany Beach, Delaware.  The Sea Colony Resort is the premier beach and tennis resort community of the South Delaware beaches.  The resort includes over 2200 oceanfront condominiums, townhomes, and single-family homes.

15.     SCDC and/or Freeman have been using the SEA COLONY mark in commerce continuously since approximately June of 1971, when SCDC first began developing the resort.

16.     SCDC and/or Freeman have been using the Bird-In-Circle Design in commerce continuously since approximately June of 1971.

17.     The public recognizes the distinctive SEA COLONY mark and Bird-In-Circle Design, and associates such indicia with SCDC and the Sea Colony Resort.

18.     SCDC owns all right, title, and interest in the SEA COLONY mark, which was granted Registration Number 1,104,024 (attached as Ex. A) on the Principal Register on October 10, 1978.

19.     SCDC owns all right, title, and interest in the Bird-In-Circle Design mark, which was granted Registration Number 2,228,488 (attached as Ex. B) on the Principal Register on March 2, 1999.

## V.     The License Agreements

20.     On December 31, 1997, SCDC and CRM entered into a license agreement ("the CRM License") (attached as Ex. C) whereby SCDC granted CRM a license to use the SEA COLONY mark in connection with its management of the homeowner associations and recreational association of the Sea Colony Resort.

21.     The CRM License clearly indicates that all uses of the trademarks must cease upon termination, stating in part, "Upon termination of this Agreement in any manner provided herein MANAGEMENT [CRM] will permanently discontinue all use of the LICENSED MARK and refrain from using any other service mark, trademark, trade name, corporate name or any other designation confusingly similar thereto."

22.     The CRM License also mandates that the licensee not take actions impairing SCDC's own rights to the mark, stating in part, "MANAGEMENT [CRM] will not at any time do, or cause to be done, any act or thing contesting or in any way impairing or intending to impair the validity of and/or DEVELOPMENT's [SCDC's] exclusive rights, title and interest in and to the LICENSED MARK."

23.     Additionally, the CRM License states in part, "MANAGEMENT [CRM] will not in any manner represent that it owns the LICENSED MARK, and MANAGEMENT [CRM]

hereby acknowledges that its use of the LICENSED MARK shall not create any rights, title, or interest in or to said mark in MANAGEMENT's favor, but that all use of the LICENSED MARK by MANAGEMENT shall inure to the benefit of DEVELOPMENT [SCDC]."

24.     Upon information and belief, on or about December 31, 1997, SCDC and CRR entered into a similar license agreement ("the CRR License") whereby SCDC granted CRR a license to use the SEA COLONY mark in connection with its sales and realty services relating to the Sea Colony Resort.  A copy of this license was unavailable at the time of the filing of this complaint.

25.     Pursuant to the Licenses, Defendants used the seacolony.com domain name and 1-800-SEA-COLONY telephone number in conjunction with their services.

26.     Upon information and belief, on or about May 26, 1998, CRM and CRR became wholly owned subsidiaries of RQI.

27.     Thereafter, upon information and belief, the CRM License and the CRR License (the "Licenses") were amended to include the Bird-In-Circle Design mark and were amended to include provisions stating that the Licenses' term would be the shorter of 10 years or 18 months after the date of a Change in Control.  Copies of these amendments were unavailable at the time of filing of this complaint.

28.     Upon information and belief, RQI was acquired by Gaylord Entertainment in or around November 2003.

29.     On or about April 25, 2005, SCDC sent RQI a letter confirming that the Licenses would terminate on May 31, 2005 pursuant to the Change in Control provision (attached as Ex. D).

30.     In conjunction with the termination of the Licenses, SCDC requested in the April 25, 2005 letter that RQI transfer to it the seacolony.com domain name and the 1-800-SEA-COLONY telephone number.  SCDC offered to reimburse RQI for the reasonable costs associated with such transfers.

31.     On or about May 31, 2005, RQI responded to SCDC's April 25, 2005 letter acknowledging termination (attached as Ex. E).

32.     Also in its letter, RQI represented that it would cease using the words "Sea Colony" in conjunction with the 1-800 telephone number and cease using seacolony.com in conjunction with CRR's homepage; however, RQI refused to transfer either the domain name or the 1-800-SEA-COLONY number to SCDC.  RQI represented to SCDC that it considered the seacolony.com domain name and 1-800 telephone number to be "valuable assets" that it owns.

33.     The Licenses terminated on May 31, 2005, and thereafter RQI has had no right or license to use SCDC's registered marks, including the SEA COLONY mark and the Bird-In-Circle Design mark.

## VI.    RQI's Infringing Actions After the Termination of the Licenses

34.     Despite having no right or license to use the SEA COLONY mark or the Bird-In-Circle design, RQI repeatedly attempts to trade off the goodwill and recognition of SCDC's trademarks.  In doing so, RQI wrongfully uses SCDC's trademarks as if they were its own.  RQI also attempts to deceive customers into falsely or mistakenly believing that RQI is somehow the "official" sales and rentals operation for the Sea Colony Resort and passes off its services as those of SCDC, thereby attracting customers based upon these false pretenses.  And now, RQI even advertises itself as "ResortQuest at Sea Colony," thereby wrongfully holding itself out as somehow associated with or connected to SCDC.

- 7 -

35.    The name on the front of RQI's Bethany Beach office reads "Sea Colony Sales & Rentals." A photograph of this sign is attached at Exhibit F. RQI's sign uses the SEA COLONY mark in a manner much greater than required to identify the Sea Colony Resort as one of the many resorts in which it rents apartments and condominiums. These unauthorized uses of SCDC's registered service mark are likely to cause confusion, mistake, or deception amongst consumers or purchasers, as those who see or enter RQI's offices are likely to be deceived into believing that RQI and the services offered in the building are affiliated, connected, or associated with SCDC.

36.    Furthermore, RQI still advertises that its telephone number is 1-800-SEA-COLONY. Representative samples of such advertising are attached as Exhibit G. Dialing 1-800-SEA-COLONY connects consumers to RQI. Such use of 1-800-SEA-COLONY by RQI is likely to cause confusion, mistake, or deception amongst consumers as to the affiliation, connection, or association of RQI with SCDC, or as to the origin, sponsorship, or approval of RQI's services.

37.    Moreover, RQI advertises itself as SEA COLONY in various Yellow Pages services.

38.    If a user electronically searches for "Sea Colony" in Delaware on yellowpages.com, the search returns two entries, both under the name "Sea Colony." The two listed phone numbers are 302-537-6700 and 302-537-8888. Both of these telephone numbers connect the caller to RQI. (Attached as Exhibit H.)

39.    For example, if a user electronically searches for "Sea Colony" in Bethany Beach, Delaware on the Yahoo! Yellow Pages, the search returns an entry for "Sea Colony Realty." The

number listed is 302-539-6961.  This phone number connects the caller to RQI.  (Attached as
Exhibit I).

40.     If a user electronically searches for "Sea Colony" in Delaware on
superpages.com, the search returns an entry for a business under the name "Sea Colony."  The
listed phone number is 302-537-6700.  This telephone number connects the caller to RQI.

41.     These advertisements are likely to cause confusion, mistake, or deception
amongst consumers or purchasers, as persons attempting to search for or contact SCDC are
likely to be confused as to the affiliation, connection, or association of RQI with SCDC, or as to
the origin, sponsorship, or approval of RQI services by SCDC.

42.     Upon information and belief, RQI also advertises through Google's AdWords
service.  Thus, when a user of Google's search engine searches for "Sea Colony," the first
returned listing reads, "**SEA COLONY** www.resortquest.com   Special deals on vacation homes
in Bethany Beach, DE" (screenshot attached as Ex. J).  This advertisement is likely to cause
confusion, mistake, or deception amongst consumers, as persons attempting to search for SCDC
are likely to be confused as to the affiliation, connection, or association of RQI with SCDC, or as
to the origin, sponsorship, or approval of RQI services by SCDC.

43.     RQI also continues to use SCDC's Bird-In-Circle Design mark in its advertising.
A representative sample of such adverting is attached at Exhibit K.  This unlicensed use of
SCDC's registered Bird-In-Circle Design mark also is likely to cause confusion, mistake, or
deception amongst consumers or purchasers as to the affiliation, connection, or association of
RQI with SCDC, or as to the origin, sponsorship, or approval of RQI's services.

44.     Upon information and belief, RQI is now trading as or referring to itself as
"ResortQuest at Sea Colony."

- 9 -

45.     Finally, RQI continues to maintain the domain-name registration for seacolony.com. The domain name currently is registered through Bulkregister LLC. The current administrative contact for the registration is listed as admin@rqinet.com, ResortQuest International, 546 Mary Ester Cutoff NW, Fort Walton Beach, Florida 32548.

46.     RQI's continued registration of this domain name prevents SCDC from using this "valuable asset" which uses SCDC's registered and distinctive SEA COLONY mark, and causes confusion among consumers or purchasers who type in the domain name seacolony.com in an effort to reach SCDC or its licensee and are instead directed to a non-operational website.

47.     Upon information and belief, on or about February 3, 2006, RQI renewed its registration of the seacolony.com domain name.

**VII.    CRM's Breach of the Lease**

48.     On April 30, 2004, Freeman and CRM entered into a lease (the Lease) whereby CRM leased office space within the Sea Colony Resort.

49.     The Lease states, in part, "Tenant [CRM] shall use the Premises exclusively for the Permitted Use set forth in Section 1.H. hereinabove and for no other purpose."

50.     Section 1.H. of the Lease defines Permitted Use as "general administrative office purposes; provided, however, that the Permitted Use shall not include real estate sales brokerage or real estate rentals."

51.     In spite of these clauses, upon information and belief, CRM and/or RQI uses the leased office space to conduct real estate brokerage or real estate rentals and/or advertise its own real estate brokerage or real estate rentals.

**Count I**
**Federal Trademark Infringement**
*Lanham Act, 15 U.S.C. § 1114*

52.    SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-51 as if set forth fully herein.

53.    SCDC, as the owner of all right, title, and interest in and to the SEA COLONY mark and Bird-In-Circle Design mark has standing to maintain an action for trademark infringement under the Federal Trademark Statute, Lanham Act § 32(1) (15 U.S.C. § 1114(1)).

54.    SCDC is informed and believes, and on that basis alleges, that RQI, without SCDC's consent, has used a reproduction, counterfeit, copy, and/or colorable imitation of the SEA COLONY mark and Bird-In-Circle Design mark in commerce on or in connection with the sale, offering for sale, distribution and/or advertising of goods or services, and that such use is likely to cause confusion, or to cause mistake or to deceive.

55.    SCDC is informed and believes, and on that basis alleges, that RQI's acts have been committed with knowledge of SCDC's exclusive rights and goodwill in the SEA COLONY mark and Bird-In-Circle Design mark, and of the infringing nature of the marks when used in connection with RQI and its services, as well as with bad faith and the intent to cause confusion, or to cause mistake and/or to deceive.

56.    RQI's conduct constitutes a violation of 15 U.S.C. § 1114.

57.    As a result of RQI's trademark infringement, SCDC has suffered and will continue to suffer substantial and irreparable injury, loss, and damage to its rights in and to the SEA COLONY mark, the Bird-In-Circle Design mark, and the goodwill associated therewith, for which it has no adequate remedy at law.

- 11 -

58.    RQI has unfairly derived, and if not restrained will continue to unfairly derive, income, profits, and business opportunities as a result of its acts of infringement.

59.    As the acts alleged herein constitute infringement of the SEA COLONY mark and Bird-In-Circle Design trademarks under 15 U.S.C. § 1114(1), and as SCDC has no adequate remedy at law, SCDC is entitled to injunctive relief and recovery of RQI's profits and other remedies provided by 15 U.S.C. §§ 1116, 1117, and 1118, and to reasonable attorneys' fees and prejudgment interest pursuant to 15 U.S.C. §1117(a).

<u>Count II</u>
**Federal Unfair Competition**
*Lanham Act, 15 U.S.C. § 1125(a)(1)(A)*

60.    SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-59 as if set forth fully herein.

61.    SCDC is informed and believes, and on that basis alleges, that RQI has used, without authorization, on or in connection with its goods or services, in commerce, the SEA COLONY mark and Bird-In-Circle Design mark, which are distinctive, and/or has made false designations of origin, false or misleading descriptions of fact, and/or false or misleading representations of fact, which are likely to cause confusion, cause mistake, or deceive as to the affiliation, connection, or association of RQI with SCDC, and/or as to the origin, sponsorship, or approval by SCDC of RQI's services or commercial activities related to RQI's services.

62.    SCDC is informed and believes, and on that basis alleges, that RQI's acts have been committed with knowledge of SCDC's exclusive rights and goodwill in its SEA COLONY mark and Bird-In-Circle Design mark, as well as with bad faith and the intent to cause confusion, mistake and/or to deceive.

63.    RQI's conduct constitutes a violation of 15 U.S.C. § 1125(a)(1)(A).

- 12 -

64.    SCDC has suffered, and if RQI is not enjoined from its wrongful acts as described herein will continue to suffer, great and irreparable injury, loss, and damage to its rights in and to the SEA COLONY mark, the Bird-In-Circle Design mark, and the goodwill associated therewith, for which it has no adequate remedy at law.

65.    RQI has unfairly derived, and if not restrained will continue to unfairly derive, income, profits, and business opportunities as a result of its wrongful acts.

66.    As the acts alleged herein violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and as SCDC has no adequate remedy at law, SCDC is entitled to injunctive relief and recovery of RQI's profits and other remedies provided by 15 U.S.C. §§ 1116, 1117, and 1118, and to reasonable attorneys' fees and prejudgment interest pursuant to 15 U.S.C. §1117(a).

**Count III**
**Anticybersquatting Consumer Protection Act**
*Lanham Act, 15 U.S.C. § 1125(d)*

67.    SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-66 as if set forth fully herein.

68.    SCDC is informed and believes, and on that basis alleges, that RQI is the seacolony.com domain-name registrant.

69.    SCDC is informed and believes, and on that basis alleges, that RQI has a bad faith intent to profit from its registration and use of the seacolony.com domain name.

70.    SCDC is informed and believes, and on that basis alleges, that RQI has no legitimate trademark or other intellectual property right in or to the domain name.

71.    SCDC is informed and believes, and on that basis alleges, that RQI intends to profit from its control over the registration of the seacolony.com domain name, and that such

profit derives from the identity of the domain name and the SEA COLONY word mark, which RQI has admitted is a "valuable asset."

72.     SCDC is informed and believes, and on that basis alleges, that RQI registered, traffics in, and/or uses the domain name seacolony.com.

73.     The seacolony.com domain name is identical or confusingly similar to the distinctive SEA COLONY mark. Well prior to the registration of the seacolony.com domain name, SCDC's registered SEA COLONY mark was distinctive and/or famous.

74.     RQI's conduct constitutes a violation of 15 U.S.C. § 1125(d).

75.     As the acts alleged herein violate Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d), SCDC is entitled to have the seacolony.com domain name transferred to it pursuant to 15 U.S.C. § 1125(d)(1)(C).

76.     As the acts alleged herein violate Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d), and as SCDC has no adequate remedy at law, SCDC is entitled to injunctive relief and recovery of RQI's profits and other remedies provided by 15 U.S.C. §§ 1116 and 1117, and to reasonable attorneys' fees and prejudgment interest pursuant to 15 U.S.C. §1117(a).

77.     As the acts alleged herein violate Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d), SCDC is entitled to elect—at a time of its choosing in the future—to recover statutory damages pursuant to 15 U.S.C. § 1117(d).

### Count IV
### Breach of Contract (Breach of the Licenses)

78.     SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-77 as if set forth fully herein.

79.     The Licenses were valid, enforceable contracts.

- 14 -

80.     SCDC is informed and believes, and on that basis alleges, that RQI's actions constitute a material breach of one or more provisions of the Licenses.

81.     SCDC is informed and believes, and on that basis alleges, that RQI has breached the Licenses by failing to discontinue all use of the SEA COLONY mark and Bird-In-Circle Design mark upon the Licenses' termination.

82.     SCDC is informed and believes, and on that basis alleges, that RQI has breached the Licenses by impairing SCDC's exclusive rights, title, and interest in and to the SEA COLONY mark by failing to transfer the seacolony.com domain name and 1-800-SEA-COLONY telephone number to SCDC.

83.     SCDC has suffered damages as a result of these breaches.

84.     As the acts alleged herein constitute breaches of contract, SCDC is entitled to judgment against RQI for injunctive relief, damages, interest, and other remedies.

### Count V
### Conversion

85.     SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-84 as if set forth fully herein.

86.     SCDC holds an interest in the seacolony.com domain name as the domain name is identical to SCDC's SEA COLONY mark and, pursuant to the Licenses, all use of the SEA COLONY mark, including registration of the corresponding domain name, inured to the benefit of SCDC.

87.     SCDC has a right to possess the registration for the seacolony.com domain name.

88.     SCDC is informed and believes, and on that basis alleges, that RQI has converted the registration of theseacolony.com domain name.

89.     SCDC is informed and believes, and on that basis alleges, that RQI's exercise of dominion over the seacolony.com domain-name registration denies or is inconsistent with SCDC's rights therein.

90.     SCDC has suffered damages as a result of the conversion.

91.     As the acts alleged herein constitute conversion, SCDC is entitled to judgment against RQI for injunctive relief, damages, interest, and other remedies.

## Count VI
### Violation of the Delaware Uniform Deceptive Trade Practices Act
### *6 Del. C. §§ 2531-2536*

92.     SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-91 as if set forth fully herein.

93.     Use of SCDC's trademarks or any mark confusingly similar thereto by RQI constitutes a deceptive trade practice injurious to the business interests of SCDC, in violation of the Uniform Deceptive Trade Practices Act ("UDTPA"), 6 Del. C. §§ 2531-2536.

94.     SCDC is informed and believes, and on that basis alleges, that RQI's use of SCDC's trademarks in the course of its business constitutes passing off its services as those of SCDC's.

95.     SCDC is informed and believes, and on that basis alleges, that RQI's use of SCDC's trademarks in the course of its business causes a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods and services provided by RQI.

96.     SCDC is informed and believes, and on that basis alleges, that RQI's use of SCDC's trademarks in the course of its business causes likelihood of confusion or of

misunderstanding as to the affiliation, connection, or association with, or certification by, SCDC's business or services.

97.    SCDC is informed and believes, and on that basis alleges, that RQI's use of SCDC's trademarks constitutes a representation that its goods or services have sponsorship, approval, or characteristics that they do not have, or that RQI has a sponsorship, approval, status, affiliation, or connection that it does not have.

98.    SCDC is informed and believes, and on that basis alleges, that RQI's deceptive trade practices have confused and deceived, and have a tendency to confuse and deceive, members of the public.

99.    SCDC is informed and believes, and on that basis alleges, that RQI has willfully engaged in these deceptive trade practices.

100.    SCDC has suffered, and, if RQI is not enjoined from committing its deceptive trade practices as described herein, will continue to suffer, great and irreparable injury, loss, and damage for which it has no adequate remedy at law.

101.    RQI has unfairly derived, and if not restrained will continue to unfairly derive, income, profits, and business opportunities as a result of its deceptive trade practices.

102.    As the acts alleged herein violate the UDTPA, and as SCDC has no adequate remedy at law, SCDC is entitled to injunctive relief and recovery of all other remedies at law, including but not limited to compensatory damages, treble damages, disgorgement, costs, and attorneys' fees.

## Count VII
### Violation of the Delaware Anti-Dilution Statute
#### 6 Del. C. § 3313

103.    SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-102 as if set forth fully herein.

104.    SCDC alleges that the SEA COLONY mark and the Bird-In-Circle Design mark are valid and distinctive service marks under the common law.

105.    SCDC is informed and believes, and on that basis alleges, that RQI's use of the SEA COLONY mark and the Bird-In-Circle Design mark has diluted and is likely to continue to dilute the distinctive qualities of SCDC's marks.

106.    RQI's conduct constitutes a violation of 6 Del. C. § 3313.

107.    SCDC has suffered, and, if RQI is not enjoined from diluting its marks, as described herein, will continue to suffer, great and irreparable injury, loss, and damage for which it has no adequate remedy at law.

108.    As the acts alleged herein violate the Delaware Anti-Dilution Statute, 6 Del. C. § 3313, SCDC is entitled to injunctive relief.

## Count VIII
### Common-Law Unfair Competition

109.    SCDC realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-108 as if set forth fully herein.

110.    SCDC is informed and believes, and on that basis alleges, that RQI's actions, as alleged herein, have misled and confused, and are likely to continue to mislead and confuse the public as to the sponsorship, approval, status, affiliation, or connection between RQI and SCDC.

111.    RQI's conduct constitutes unfair competition.

112.    SCDC has suffered, and, if RQI is not enjoined from its wrongful acts of unfair competition, will continue to suffer, great and irreparable injury, loss, and damage to its rights in and to the SEA COLONY word mark, the Bird-In-Circle Design mark, and the goodwill associated therewith, for which it has no adequate remedy at law.

113.    RQI has unfairly derived, and if not restrained will continue to unfairly derive, income, profits, and business opportunities as a result of its wrongful acts.

114.    As the acts alleged herein constitute unfair competition, and as SCDC has no adequate remedy at law, SCDC is entitled to injunctive relief and recovery of all other remedies at law, including but not limited to compensatory damages, treble damages, disgorgement, costs, and attorneys' fees.

## Count IX
## Breach of Contract (Breach of the Lease)

115.    Freeman realleges and incorporates by reference herein the allegations set forth in numbered paragraphs 1-114 as if set forth fully herein.

116.    The Lease is a valid, enforceable contract.

117.    Freeman is informed and believes, and on that basis alleges, that CRM's actions constitute a material breach of one or more provisions of the Lease.

118.    Freeman is informed and believes, and on that basis alleges, that RQI has breached the Lease by using the leased space to conduct real estate brokerage or real estate rentals, advertise its real estate brokerage or real estate rental business, and/or divert customers or potential customers to its real estate brokerage or real estate rental business, in direct contradiction of the Permitted Use of the leased space.

119.    Freeman has suffered damages as a result of this breach.

- 19 -

120.    As the acts alleged herein constitute breach of contract, Freeman is entitled to judgment against CRM for injunctive relief, damages, interest, and other remedies.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request the following relief:

1.    That following trial of this action the Court enter judgment in their favor, and against Defendants, as follows:

    a.    That RQI directly infringed the SEA COLONY word mark and the Bird-In-Circle Design mark, and engaged in acts of unfair competition;

    b.    That RQI's trademark infringement and acts of unfair competition were knowing and willful;

    c.    That this case is exceptional under 15 U.S.C. § 1117(a) and 6 Del. C. § 2533(c);

    d.    That RQI has violated the Anticybersquatting Consumer Protection Act;

    e.    That RQI has breached the Licenses;

    f.    That RQI has converted the domain name registration for seacolony.com;

    g.    That RQI's actions constitute violations of the Delaware Uniform Deceptive Trade Practices Act;

    h.    That RQI's actions constitute violations of the Delaware Anti-Dilution Statute;

    i.    That CRM has breached the Lease;

j.      That RQI, its assignees, transferees, employees, agents, and representatives, and all other persons, firms, or entities acting in concert or participation with it, be permanently enjoined from:

i.      Infringing upon SCDC's trademark rights in Registration Numbers 1,104,024 and 2,228,488;

ii.     Advertising or listing its phone number as 1-800-SEA-COLONY or any other phone number including the words SEA COLONY;

iii.    Advertising or listing itself under the business name of Sea Colony, or any name confusingly similar thereto, including but not limited to ResortQuest at Sea Colony;

iv.     Registering, renewing, and/or using any domain name that includes SEA COLONY, including without limitation seacolony.com;

v.      Doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade as to the source of RQI's goods and services, or likely to deceive members of the public or the trade into believing that there is some association, connection or affiliation with and/or sponsorship or approval by SCDC;

vi.     Doing or allowing any act or thing which is likely to dilute the distinctive quality of SCDC's trademarks or otherwise injure SCDC's business reputation or goodwill; and

vii.    Doing or allowing any act in violation of the Lease's Permitted Uses of the leased space.

k.  That RQI, pursuant to 15 U.S.C. § 1118, be ordered to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, advertisements, and other materials in the possession of RQI bearing the SEA COLONY word mark or the Bird-In-Circle Design mark and/or any marks which are confusingly similar thereto, including without limitation the seacolony.com domain name and/or the 1-800-SEA-COLONY phone number;

l.  That RQI, pursuant to 15 U.S.C. § 1116(a), be directed to file with this Court and serve upon SCDC within thirty (30) days after service of the injunction a report in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction;

m.  That an accounting be ordered of all of the profits realized by RQI, or others acting in concert or participation with it, from RQI's unauthorized use of SCDC's mark or marks which are confusingly similar thereto, and from RQI's acts of unfair competition and dilution;

n.  That RQI be ordered to transfer the seacolony.com domain name to SCDC; and

2.  Award SCDC compensatory damages in an amount to be fixed by the Court at a later point in time;

3.  As to Counts I through III, that SCDC be awarded RQI's profits, prejudgment interest, and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a);

4.  As to Count III, and at its election, that SCDC be awarded statutory damages pursuant to 15 U.S.C. § 1117(d);

5.    As to Count IV, that RQI be ordered to specifically perform the provisions of the License;

6.    As to Count VI, that SCDC be awarded treble damages pursuant to 6 Del. C. § 2533(c);

7.    As to Count VI, that SCDC be awarded its reasonable attorneys' fees pursuant to 6 Del. C. § 2533(b);

8.    As to Count IX, that CRM be ordered to specifically perform the provisions of the Lease;

9.    As to all Counts, that SCDC recover the costs of this suit and prejudgment and post-judgment interest; and

10.    That SCDC be granted such other and further relief as requested herein and as the Court otherwise deems just and proper.


ASHBY & GEDDES


Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiffs*

- 23 -

*Of Counsel:*

Raymond A. Kurz
Celine Jimenez Crowson
M. Scott Stevens
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202.637.5600
Facsimile:  202.637.5910

Dated:  February 9, 2006
166505.1

# EXHIBIT A

Int. Cl.: 36, 37

Prior U.S. Cl.: 101, 103

United States Patent and Trademark Office

Reg. No. 1,104,024
Registered Oct. 10, 1978

## SERVICE MARK
### Principal Register

# SEA COLONY

Carl M. Freeman Associates Inc. (Maryland corporation)
1400 Spring St.
Silver Spring, Md.   20910

For: MANAGEMENT AND SALES OF CONDO-MINIUM UNITS FOR OTHERS AND LEASING OF RESIDENTIAL HOUSING AND COMMERCIAL SPACES, in CLASS 36 (U.S. CL. 101).

For: CONSTRUCTION OF CONDOMINIUM HOUS-ING UNITS TO THE SPECIFICATION OF OTHERS AND MAINTENANCE OF CONDOMINIUM UNITS, in CLASS 37 (U.S. CL. 103).

First use June 15, 1971; in commerce June 15, 1971.

Ser. No. 98,744, filed Sept. 3, 1976.

I. S. SIGLIN, Jr., Examiner

# EXHIBIT B

Int. Cls.: 36 and 37

Prior U.S. Cls.: 100, 101, 102, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,228,488

Registered Mar. 2, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



SEA COLONY DEVELOPMENT CORPORA-
TION, INC. (DELAWARE CORPORATION)
11325 SEVEN LOCKS ROAD
POTOMAC, MD 20854

FOR: REAL ESTATE BROKERAGE SERV-
ICES; MANAGEMENT, LEASING AND BRO-
KERAGE OF RESIDENTIAL HOUSING AND
COMMERCIAL SPACES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).
FIRST USE 6–15–1971; IN COMMERCE
6–15–1971.

FOR: DEVELOPMENT AND CONSTRUC-
TION OF RESIDENTIAL HOUSING; MAINTE-
NANCE OF RESIDENTIAL HOUSING FOR
OTHERS; MAINTENANCE OF COMMERCIAL
SPACES FOR OTHERS, IN CLASS 37 (U.S. CLS.
100, 103 AND 106).
FIRST USE 6–15–1971; IN COMMERCE
6–15–1971.

SER. NO. 75–434,729, FILED 2–17–1998.

KARLA PERKINS, EXAMINING ATTORNEY

# EXHIBIT C

LICENSE AGREEMENT

THIS AGREEMENT, effective as of December 31, 1997, is by and between SEA COLONY DEVELOPMENT CORPORATION, INC., a Delaware corporation, with an address of 11325 Seven Locks Road, Potomac, Maryland 20854 (hereinafter "DEVELOPMENT") and COASTAL RESORTS MANAGEMENT, INC., a Delaware corporation, with an address of Pennsylvania Avenue at Route 1, Postal Drawer L, Bethany Beach, Delaware 19930 (hereinafter "MANAGEMENT").

WITNESSETH:

WHEREAS, DEVELOPMENT is the owner of the service mark SEA COLONY for services relating to the construction, management, rental, sale and maintenance of housing for others, and also is the owner of United States Service Mark Registration No. 1,104,024 of said mark; and

WHEREAS, it is the mutual desire and intention of the parties hereto that MANAGEMENT be authorized and permitted by DEVELOPMENT to use the service mark SEA COLONY (hereinafter the "LICENSED MARK") in connection with the management of housing for others in the manner of and subject to the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants of the parties set forth below and other good and valuable consideration, the sufficiency of which are hereby mutually acknowledged, the parties hereto agree as follows:

I.    GRANT

    A.    DEVELOPMENT grants to MANAGEMENT a non-exclusive license to use the LICENSED MARK in connection with the management of homeowner associations and recreational associations at the development known at "Sea Colony" in Bethany Beach, Delaware (hereinafter "LICENSED SERVICES").

    B.    The license to use the LICENSED MARK granted by ¶ I.A. of this Agreement may not be assigned or otherwise transferred by MANAGEMENT without the prior, express, written consent of DEVELOPMENT.

    C.    DEVELOPMENT does not grant MANAGEMENT the right to use the LICENSED MARK in connection with any products, services and/or business other than the LICENSED SERVICES.

    D.    DEVELOPMENT does not grant, and nothing in this Agreement shall be construed as granting, MANAGEMENT the right to license, sublicense or authorize others to use the LICENSED MARK.

III.    USE OF THE LICENSED MARK

    A.    MANAGEMENT will use the LICENSED MARK solely in connection with the LICENSED SERVICES.

    B.    MANAGEMENT will always use the LICENSED MARK on and in connection with the LICENSED SERVICES in a style or size of print distinguishing it from any accompanying wording or text, at least where the LICENSED MARK is most prominently displayed on any printed or other materials used in the promotion and/or rendering of the LICENSED SERVICES.

- 2 -

C.    MANAGEMENT will display the federal registration symbol ® to the right of and slightly above the last letter of the registered LICENSED MARK where it is most prominently displayed on promotional and other materials used in advertising and rendering the LICENSED SERVICES.

D.    Upon termination of this Agreement in any manner provided herein, MANAGEMENT will permanently discontinue all use of the LICENSED MARK and refrain from using any other service mark, trademark, trade name, corporate name or any other designation confusingly similar thereto.

IV.    QUALITY CONTROL

A.    MANAGEMENT's use of the LICENSED MARK and the nature and quality of the LICENSED SERVICES promoted and sold by MANAGEMENT under the LICENSED MARK will at all times comply with DEVELOPMENT'S standards and specifications. DEVELOPMENT acknowledges that MANAGEMENT'S current uses of the LICENSED MARK and the quality of the LICENSED SERVICES comply with DEVELOPMENT'S quality standards and specifications.

B.    MANAGEMENT will permit duly authorized representatives or agents of DEVELOPMENT at all reasonable times to inspect all materials used by MANAGEMENT in the promotion and rendering of the LICENSED SERVICES under the LICENSED MARK and all other records relating to the quality of such services.

C.    MANAGEMENT will provide DEVELOPMENT with proofs of all materials used in the identification and/or promotion of the LICENSED SERVICES under the LICENSED MARK for approval by DEVELOPMENT prior to the use thereof, which approval will not be unreasonably withheld or delayed. Materials used in the identification

- 3 -

and/or promotion of the LICENSED SERVICES shall include, but are not limited to, business cards, stationery, letterhead and promotional materials. Such approval shall be assumed granted if written advice to the contrary is not received by MANAGEMENT within fifteen (15) days from the date such materials are sent to DEVELOPMENT by MANAGEMENT.

D.    In the event that the LICENSED SERVICES rendered under the LICENSED MARK and/or any materials used by MANAGEMENT in the promotion and sale of the LICENSED SERVICES do not meet the quality standards of DEVELOPMENT as reasonably determined by DEVELOPMENT, MANAGEMENT will not use the LICENSED MARK in any manner on or in connection therewith; provided, however, that if MANAGEMENT within sixty (60) days after receiving said written notification from DEVELOPMENT cures or otherwise corrects such failure to meet the quality standards of DEVELOPMENT to DEVELOPMENT'S reasonable satisfaction, MANAGEMENT shall be entitled to continue its use of the LICENSED MARK in connection with the promotion and sale of the LICENSED SERVICES.

V.    OWNERSHIP

A.    MANAGEMENT acknowledges that the LICENSED MARK is valid, is the exclusive property of DEVELOPMENT, and can lawfully be used only with the express license or consent of DEVELOPMENT.

B.    MANAGEMENT will not at any time do, or cause to be done, any act or thing contesting or in any way impairing or intending to impair the validity of and/or DEVELOPMENT's exclusive rights, title and interest in and to the LICENSED MARK.

- 4 -

C.    MANAGEMENT will not register or apply to register the LICENSED MARK either alone or in combination with any other word(s) and/or design(s), in any country, state or jurisdiction.

D.    MANAGEMENT will not in any manner represent that it owns the LICENSED MARK, and MANAGEMENT hereby acknowledges that its use of the LICENSED MARK shall not create any rights, title, or interest in or to said mark in MANAGEMENT's favor, but that all use of the LICENSED MARK by MANAGEMENT shall inure to the benefit of DEVELOPMENT.

E.    MANAGEMENT will not use or acquiesce in use by others of any service mark, trademark, trade name, corporate name or any other designation which is identical or confusingly similar to the LICENSED MARK.

VII.    TERMINATION

A.    Unless sooner terminated under the provisions of this Article, or by agreement of the parties in writing, this Agreement shall continue in full force and effect for a term of five (5) years, and may be renewed for such additional terms as may be agreed upon by DEVELOPMENT and MANAGEMENT in an instrument in writing duly executed by each of said parties.

B.    In the event that MANAGEMENT materially violates or fails to comply with any of the provisions of this Agreement, DEVELOPMENT may terminate this Agreement by express written notice to MANAGEMENT; provided, however, that if MANAGEMENT within sixty (60) days after notice by DEVELOPMENT cures or otherwise corrects such violation or noncompliance to DEVELOPMENT's reasonable satisfaction, said termination

- 5 -

notice shall be of no further force or effect and this Agreement shall be reinstated under all the terms and conditions as existed prior to said notice of termination.

VIII.    INDEMNITY

A.    Other than the provisions in ¶ VIII. C. of this Agreement, DEVELOPMENT assumes no liability to MANAGEMENT or to third parties with respect to the LICENSED SERVICES promoted and sold by MANAGEMENT under the LICENSED MARK.

B.    MANAGEMENT will indemnify DEVELOPMENT against any loss or losses incurred through claims, actions, or lawsuits by third parties against DEVELOPMENT involving or arising from the promotion and sale of the LICENSED SERVICES by MANAGEMENT under the LICENSED MARK and will hold DEVELOPMENT harmless for any damages, attorneys' fees or otherwise which DEVELOPMENT may be required to pay as a result of any such claims, actions, or lawsuits being asserted against DEVELOPMENT.

C.    DEVELOPMENT will indemnify MANAGEMENT against any loss or losses incurred through actions or lawsuits by third parties against MANAGEMENT for trademark or service mark infringement, trademark or service mark dilution, unfair competition and/or trade dress infringement arising out of MANAGEMENT'S use of the LICENSED MARK, and will hold MANAGEMENT harmless for any damages, attorney's fees or otherwise which MANAGEMENT may be required to pay as a result of any such claims, actions or lawsuits being asserted against MANAGEMENT. In any such claim, action or lawsuits brought by any third party against MANAGEMENT for trademark or service mark infringement, trademark or service mark dilution, unfair competition and/or trade dress

- 6 -

infringement, DEVELOPMENT will assume and control the defense of the litigation and select and compensate counsel to defend the litigation.

IX.         **INFRINGEMENT**

A.       MANAGEMENT will promptly notify DEVELOPMENT of any conflicting use or infringement of the LICENSED MARK of which MANAGEMENT may become aware and will cooperate with DEVELOPMENT in every reasonable way to prosecute all acts or conduct that DEVELOPMENT may deem necessary or advisable to protect the validity and exclusivity of DEVELOPMENT's rights in the LICENSED MARK. It is expressly understood that MANAGEMENT will take no action independently of DEVELOPMENT to prosecute any such acts or conduct without obtaining the prior, express, written approval of DEVELOPMENT.

B.       In the event that an unauthorized third-party use(s) of the LICENSED MARK is brought to DEVELOPMENT's attention by MANAGEMENT, DEVELOPMENT will take steps jointly with MANAGEMENT to abate such use(s) at DEVELOPMENT'S and MANAGEMENT's equally shared expense if DEVELOPMENT, after investigation and evaluation of such unauthorized     use(s), concludes that such use(s) constitutes an infringement of its rights and that there is a reasonable probability of success in taking action to abate such infringement.

X.  <u>GENERAL PROVISIONS</u>

    A.  Any notice required or permitted under the terms of this Agreement must be given by registered letter, postage prepaid, addressed to the party to be notified at the address stated at the beginning of this Agreement, or at such other address as may be furnished in writing to the notifying party.

    B.  This agreement shall be effective as of the date first above written and shall be binding upon and inure to the benefit of the parties hereto and their respective successors or assigns as permitted by this Agreement.

    C.  This Agreement constitutes the entire understanding between DEVELOPMENT and MANAGEMENT regarding the subject matter hereof and may not be amended in any way except by an instrument in writing duly executed by both parties.

    IN WITNESS WHEREOF, the parties have caused this Agreement to be executed in duplicate as of the date first above written.

SEA COLONY DEVELOPMENT CORPORATION, INC.

By: _____
Name: T. Michael Nally
Title: Vice- President
Date: _____

COASTAL RESORTS MANAGEMENT, INC.

By: _____
Name: Steven W. Smith
Title: Vice President
Date:_____

- 8 -

# EXHIBIT D

April 25, 2005

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**

Patrick A. Davis
Vice President and General Manager
ResortQuest International, Inc.
The Marketplace
West Way Drive & Route 1
Bethany Beach, Delaware 19930

> Re:    License Agreements, effective as of December 31, 1997 by and
>        between Sea Colony Development Corporation, Inc. ("SCDC")
>        and Coastal Resorts Management, Inc. ("CRM"), as amended,
>        for the use of the trademarks SEA COLONY and the "Bird in
>        Circle Design" (the "License Agreement")

Dear Patrick:

Pursuant to the License Agreement, SCDC granted CRM a license to use the federally registered trademarks "SEA COLONY" and the "Bird in Circle Design." All rights and limitations with respect to the trademarks SEA COLONY and the "Bird in Circle Design" specified in this license were subsequently assumed by ResortQuest International, Inc. ("RQI") pursuant to a merger with CRM on May 26, 1998. The License Agreement provided that the term of the license would be "the shorter of 10 years or 18 months after the date of a "Change in Control"." RQI was acquired by Gaylord Entertainment Company on or about November 2003 resulting in a Change in Control. Therefore, RQI's license to use the trademarks SEA COLONY, the "Bird in Circle Design" and all other trademarks owned by SCDC or any of its affiliates will terminate on May 31, 2005.

Upon the expiration of the License Agreement on May 31, 2005, RQI will be barred from using the trademarks SEA COLONY and the "Bird in Circle Design", including, but not limited to, the toll-free phone number 1-800-SEA-COLONY and the domain name www.seacolony.com on billboards, mailers or otherwise and shall refrain from using any other service mark, trademark, trade name, corporate name or any other designation confusingly similar thereto. While the Sea Colony name may be used simply to identify or reference the

Tel: 240-779-8000
Fax: 240-779-8180

Carl M. Freeman
Associates, Inc.
18330 Village Mart Drive
Second Floor
Olney, Maryland 20832

ResortQuest International, Inc.
April 25, 2005
Page 2


beach community developed by SCDC in Bethany Beach, Delaware, after this date, RQI's continued use of the trademark SEA COLONY as it is presently doing so or in any other commercial manner after the expiration of the License Agreement on May 31, 2005 will likely cause public confusion as to the endorsement or sponsorship of, or affiliation with, RQI by SCDC.

Consistent with the termination of RQI's right to use the trademark, RQI shall contact its domain reseller/provider to transfer the domain name www.seacolony.com to SCDC by May 31, 2005. SCDC would be willing to reimburse or otherwise pay any out-of-pocket costs associated with transferring the domain name.

In addition, RQI shall arrange for the transfer of 1-800-SEA-COLONY to SCDC by May 31, 2005. Again, SCDC would be willing to reimburse or otherwise pay any out-of-pocket costs associated with transferring the subject toll free number.

Please contact me to discuss these matters at my direct dial number, (240) 779-8009. I look forward to speaking with you and thank you in advance for your cooperation.

Sincerely,

Thomas R. Gallagher
General Counsel on behalf of Sea Colony
Development, Inc.

cc:     Carter R. Todd, Senior Vice President, General Counsel and Secretary,
        Gaylord Entertainment
        ResortQuest International, Inc.
        National Registered Agents, Inc.
        Joshua M. Freeman, Chief Executive Officer and President, Carl M.
        Freeman Associates, Inc.

Carl M. Freeman
Associates, Inc.
18330 Village Mart Drive
Second Floor
Olney, Maryland 20832

# EXHIBIT E



May 31, 2005

<small>VIA FACSIMILE</small> (240) 779-8000

Allen Adamson, Esq.
General Counsel
Sea Colony Development, Inc.
c/o Carl M. Freeman Associates, Inc.
18330 Village Mart Drive, Second Floor
Olney, Maryland 20832

      Re:    License Agreement between Sea Colony Development Corporation, Inc. ("SCDC") and Coastal Resorts Realty, LLC ("CRR") effective December 31, 1997, as amended ("License Agreement")

Dear Mr. Adamson:

     This will acknowledge receipt of correspondence from your predecessor, Thomas R. Gallagher, regarding the License Agreement between SCDC and CRR.    Although we believe that terminating the License Agreement is not in the best interests of either the individual owners or associations of owners at Sea Colony, we understand that Freeman Associates is unyielding. We will, accordingly, cease using the protected marks covered by the License Agreement.

     CRR and its affiliated companies will continue to use the words "Sea Colony" to reference the beach community and the services we offer therein.  For your information, we do not believe we have an obligation to transfer the domain name (www.seacolony.com) or the phone number (1+800-SEA-COLONY) to SCDC.  We own those valuable assets and while we will discontinue use of the word "SEA COLONY" in conjunction with the phone number and CRR's domain name, nothing in the License Agreement requires us to give them to SCDC or Freeman Associates.

     If you have any questions, please do not hesitate to contact me or our Associate General Counsel, Jill Vandagriff.

Sincerely,

Gary Ettinger
Vice-President, Eastern Region

8955 Highway 98 West, Suite 203   Destin, Florida 32550
Tel 850.278.4000   Fax 850.267.0613
WWW.RESORTQUEST.COM

# EXHIBIT F



# EXHIBIT G









## 2005 SEA COLONY RENTAL RATES

**Escape to Sea Colony**

*"The Beautiful Beach & Tennis Community"* – in Bethany Beach, Delaware.

**800-732-2656**

resortquestdelaware.com/bro

RESORTQUEST

# PROPERTY DEFINITIONS



**PLATINUM** – Exceptional accommodations marked by unique design that offer superior quality furnishings, luxury features, designer appointments and top-of-the-line kitchens and baths.



**GOLD** – Upscale, well-appointed accommodations with a designer touch that feature excellent furnishings, special features and top quality kitchens and baths.



**SILVER** – Inviting, pleasing accommodations that are tastefully decorated and feature quality furnishings and contemporary kitchens and baths.



**BRONZE** – Comfortable, pleasant accommodations that provide many of the comforts of home.

All of our rental homes are privately owned. Furnishings and decorations have all been personally selected by each owner. Every home has a fully equipped kitchen, washer/dryer, central air/heat, telephone, and cable color television with VCR. Linen and towels are provided to every home.

| | OFF SEASON<br>Jan. 1 to April 7<br>Oct. 18 to Dec. 31 | | SPRING & FALL<br>April 8 to June 2<br>Sept. 6 to Oct. 17 | | EARLY & LATE SUMMER<br>June 3 to June 23<br>Aug. 23 to Sept. 5 | SUMMER<br>June 24<br>to Aug. 21 |
|---|---|---|---|---|---|---|
| | NIGHTLY | WEEKLY | NIGHTLY | WEEKLY | NIGHTLY | NIGHTLY |
| **OCEANFRONT UNITS** | | | | | | |
| 1 Bedroom - No View | $88 | $440 | $142 | $710 | $118-$214 | $153-$280 |
| 1 Bedroom - No View | $108 | $540 | $163 | $815 | $130-$236 | $176-$322 |
| 2 Bedrooms - No View | $116 | $580 | $176 | $880 | $140-$255 | $190-$349 |
| 2 Bedrooms | $126 | $630 | $198 | $990 | $170-$307 | $231-$423 |
| 2 Bedrooms & Den | $134 | $670 | $210 | $1,050 | $180-$326 | $245-$449 |
| 2 Bedrooms, Den & Loft | $143 | $715 | $226 | $1,130 | $193-$348 | $262-$481 |
| 3 Bedrooms | $158 | $790 | $249 | $1,245 | $208-$377 | $277-$551 |
| **TENNIS COMMUNITY**<br>Villas, West Lake, Private Place & Round Robin | | | | | | |
| 1 Bedroom | $72 | $360 | $102 | $510 | $99-$152 | $126-$280 |
| 1 Bedroom & Loft | $77 | $385 | $107 | $535 | $103-$159 | $133-$232 |
| 2 Bedrooms | $82 | $410 | $112 | $560 | $112-$172 | $149-$225 |
| 2 Bedrooms & Loft | $89 | $445 | $120 | $600 | $121-$188 | $159-$242 |
| 2 Bedrooms & Den | $99 | $495 | $130 | $650 | $134-$207 | $170-$228 |
| 2 Bedrooms, Den & Loft | $106 | $530 | $137 | $685 | $139-$213 | $176-$227 |
| 3 Bedrooms | $114 | $570 | $144 | $720 | $143-$222 | $180-$224 |
| 4 Bedrooms | $128 | $640 | $177 | $885 | $152-$235 | $190-$313 |
| **Verandas & Vistas** | | | | | | |
| 2 Bedrooms | $94 | $470 | $125 | $625 | $130-$202 | $166-$260 |
| 2 Bedrooms & Loft | $104 | $520 | $135 | $675 | $137-$212 | $174-$272 |
| 2 Bedrooms & Den | $115 | $575 | $149 | $745 | $145-$223 | $181-$220 |
| 2 Bedrooms, Den & Loft | $126 | $630 | $161 | $805 | $155-$239 | $194-$313 |
| **Carriage & Crown Carriage** | | | | | | |
| 3 Bedrooms | $144 | $720 | $180 | $900 | $173-$263 | $219-$335 |
| 4 Bedrooms | $165 | $825 | $206 | $1,030 | $193-$296 | $236-$350 |
| **Grand Villas** | | | | | | |
| 3 Bedrooms | $155 | $775 | $190 | $950 | $179-$275 | $226-$354 |
| 4 Bedrooms | $180 | $900 | $226 | $1,130 | $224-$342 | $253-$348 |
| **Piney Point** | | | | | | |
| 4 Bedrooms | $206 | $1,030 | $257 | $1,285 | $232-$366 | $278-$425 |
| **Sandcastle Manor** | | | | | | |
| 4 Bedrooms & Loft | $232 | $1,160 | $277 | $1,385 | $260-$380 | $295-$440 |
| 5 Bedrooms & Loft | $245 | $1,225 | $290 | $1,450 | $275-$400 | $316-$440 |
| **MINIMUM NIGHTS** | 2 | 7* | 2 | 7* | 7* | 7 |

Reservation Processing, Damage Waiver & Video Fees are not included and subject to change without notice. Full weeks only in "Summer Season" Rates subject to change without notice. Three night minimum required on both Memorial Day and Labor Day Weekends. Rates for Labor Day Weekend subject to availability starting August 11, 2005.

* "Off Season" & "Spring/Fall" weekly rates are based on a 5 Night Special Rate.

* Less than seven night stays in "Early/Late" & "Summer" Seasons with owner consent only (open bridge apartments). Partial Stays during these periods are booked as no sooner than the Wednesday prior to the week to be booked

RESORTQUEST

# EXHIBIT H



# YELLOWP∆GES.COM™

their love life
isn't what it used to be.

Sound
Get y
kit and

| HOME | YELLOW PAGES | WHITE PAGES | MAPS & DIRECTIONS | MY YELLOWPAGES | CITY GUIDES | CONSUMER |

.

## Search YELLOWP∆GES.COM™

**Standard** | By Distance

(•) Business Category   OR   ( ) Name

sea colony

City, ZIP or Area Code     State
                           DE

[ ] Set as my Default Location     Go!

Recent Searches     ❓

**Download Our Toolbar**

**Category Result**
Other

**Search Within These Results** ❓

Go!

**Related Guides**

**City Guides**
Wilmington, DE

**Consumer Guides**

**Address Book**
View Address Book

---

**Results Found: 2**
sea colony in **DE**.

**No category results were found, here are name results that match.**

Your Search Area: **Expand** | Narrow

Category Results (0)    **Name Results (2)**    Products/Services (0)    **All (5)**

◁◁ ◀ **1** ▶ ▷▷   (Showing 1-2)

**Sort by:** Featured Businesses | A-Z | Distance | **Relevance**
**Jump to:** A B C D E F G H I J K L M N O P Q R **S** T U V W X Y Z # | **All**

### All Listings

Sea Colony
Bethany Beach, DE 19930

(302) 537-6700

SAVE LISTING

---

Sea Colony
Bethany Beach, DE 19930

(302) 537-8888

SAVE LISTING

---

**Related Information**

Consumer Guides help you find info about Autos, Careers, Finance, Home & Garde
Estate, Travel and more.

Get local news headlines, weather, maps, sports scores, community information an
entertainment listings in the YellowPages City Guides.

◁◁ ◀ **1** ▶ ▷▷   (Showing 1-2)

---



Get **Men's Facts** you'll be glad you did!

men's facts     Click to get
                your free kit



| HOME | YELLOW PAGES | WHITE PAGES | MAPS & DIRECTIONS | MY YELLOWPAGES | CITY GUIDES | CONSUMER |

Case 1:06-cv-00094-GMS     Document 1-9     Filed 02/09/2006     Page 3 of 3

Help | Contact Us | About YELLOWPAGES.COM | AT&T | BellSouth | Cingular

**ADVERTISE WITH US** | **AFFILIATE NETWORK** | Industrial Directory

 

©2006 YELLOWPAGES.COM LLC. All rights reserved.
SBC, the SBC logo, SMARTpages, SMART Yellow Pages and other product names are trademarks of SBC Knowledge Ventures, L.P. and/or its affiliates.
The BellSouth name, the BellSouth logo, BellSouth slogans and other product and service names are trademarks of BellSouth Intellectual Property
Corporation.

Legal Information. Privacy Policy.

# EXHIBIT I

 My Yahoo!  Mail

 **LOCAL** Yellow Pages

**Sign In**
New User? Sign Up

Search the Web [                    ] Sea

Yellow Pages Home

 CLICK TO PLAY  LIKE TO WATCH?   SEARCH

## Yahoo! Yellow Pages

**Your Search:** sea colony     [ Search ]

Search by Category or Business Name (e.g. Hotel or Holiday Inn)

**Location:** ⭐ Bethany Beach,
Save Location | Change Loca

**Top** > Search for: **sea colony**

| All Businesses | Showing 1 to |
|---|---|

| Business Name: | Address: |
|---|---|
| **Sea Colony Beach Shop**<br>(302) 539-5999 | Edgewater House<br>**Bethany Beach, DE** Map |
| **Sea Colony Realty**<br>(302) 539-6961 Web Site | Rr 1<br>**Bethany Beach, DE** Map |

Showing 1-.

**Beyond Bethany E**

**Sponsor Results**  (What's this?)

**Sea Colony** 🔲 Looking for real estate for sale in **sea colony** area? Use our site to search MLS listings, find homes, properties and businesses for sale in **sea colony** area.
www.brians-investmentproperties.com

**Sea Colony - Rentals and Real Estate** 🔲 Resortquest offers top vacation rentals and real estate in **Sea Colony**, DE.
www.resortquestdelaware.com

**Sea Colony Bethany Beach Delaware** 🔲 **Sea Colony** condos for sale. Oceanfront, oceanview. Coastal Delaware's premiere oceanfront community with all the amenities.
www.movewithnasi.com

**Beyond Bethany Beach**

Some links and information accompanying the All Businesses listings may be provided by Yahoo! and Yahoo!'s content providers, and are affiliated with or endorsed by the listers or their listing agents.

## Modify your Search

| SEARCH: | sea colony |
|---|---|
|  | (by name or category) |
| Locations: | ---none selected--- |

(Address, Intersection or Airport Code)

**Address:**

(Optional)

**Tip:** If you specify an address, we will search for businesses closest to that address.

**City, State or Zip:** Bethany Beach DE

**Country:** United States

[ Continue ]

Business Information provided by InfoUSA ®, Omaha, Nebraska Copyright © 2006. All Rights Reserved. Use Subject to License.

Driving Directions - Local - Maps - Real Estate - Yellow Pages

Copyright © 2006 Yahoo! Inc. All rights reserved. Help - Copyright/IP Policy - Privacy Policy - Terms of Service

# EXHIBIT J

Sign in

# Google

Web    Images    Groups    News    Froogle    Local    **more »**

sea colony                     [ Search ]   Advanced Search<br>Preferences

## Web

Results 1 - **10** of about **5,830,000** for sea colony. (0.18 seconds)

**Sea Colony**
www.resortquest.com
DE.

Special deals on vacation homes in Bethany Beach, DE
Sponsored Link

Sponsored Links

**Duck NC Homes For sale**
Become VIP Buyer and Beat Other
Buyers To Hot New Listings.
www.OuterBanksRealEstate4U.com

**Sea Colony**
Huge selection of
Sea Colony items.
eBay.com

**About Sea Colony**

Owners association devoted to maintaining the recreational amenities of **Sea Colony**.
www.seacolonyrecreation.org/ - 20k - Cached - Similar pages

**ResortQuest Real Estate - Sea Colony, Bethany Beach & Coastal Delaware**

View all of our Bethany Beach, Delaware, real estate listings. Experienced agents will help you find the perfect beach condominium.
www.coastalresortsrealty.com/ - 17k - Jan 18, 2006 - Cached - Similar pages

**Bethany Beach, Delaware vacation home and condo rentals by ...**

**Sea Colony's** Oceanfront. **Sea Colony's** Oceanfront ... All, Bethany, **Sea Colony** Oceanfront, **Sea Colony** Tennis, Bear Trap Golf Course Community ...
www.resortquestdelaware.com/bdr/ - 64k - Cached - Similar pages

**Sea Colony -- Tansey Warner Real Estate, Bethany Beach, Delaware**

Sales and rentals in the Bethany Beach Delaware area with a specialty in **Sea Colony** resales and rentals.
www.tanseywarner.com/ - 6k - Cached - Similar pages

**Scuba Diving in Maryland - Sea Colony Aqua Sports**

**Sea Colony** Aqua Sports is a PADI 5 Star IDC in Severna Park, Maryland offering scuba lessons, equipment, and travel. It is conveniently located close to ...
seacolony.net/ - 11k - Cached - Similar pages

**Sea Colony -- Bethany Beach Vacation Home Rentals**

2006 Vacation Home Rental Information. SEA COLONY. **Sea Colony** Facilities ... **Sea Colony's** Facilities. Indoor and outdoor pools and tennis courts, ...
www.beach-net.com/crowleybb/seacolony/seacolony.html - 9k - Cached - Similar pages

**Bethany Beach, DE / Sea Colony rentals**

**Sea Colony** has 31 Tennis courts, including 4 indoor and 11 clay. There are 13 outdoor pools, along with 2 indoor pools. Our villa is in the newest section, ...
pages.prodigy.net/rjspiel/sea-colony/ - 17k - Cached - Similar pages

**Sea Colony Tennis - Tennis Clinics and Accommodations**

**Sea Colony** Tennis, Booking Tennis Clinics, Camps and Accommodations at **Sea Colony** in Bethany Beach, Delaware.
www.seacolonytennis.com/ - 4k - Cached - Similar pages

**Sea Colony Condominiums -- Sea Colony, Bethany Beach, Delaware**

Connor-Jacobsen Real Estate is the oldest real estate company in Bethany Beach, Delaware, with over 21 years of experience in resort home and lot sales and ...
www.connorjacobsen.com/rentals/seacolony/seacolony.html - 22k - Cached - Similar pages

**Colony by the Sea** - Oceans of Joy!
Dive with Dolphins, Swim with **Sea** Horses, Talk to Turtles, AND Save a Sand Dollar or two!
Make Reservations Now! 1-800-624-5869 . **...**
www.**colony**by**thesea**.com/ - 7k - Cached - Similar pages

Try your search again on Google Book Search



Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**



Free! Instantly find your email, files, media and web history. Download now.

sea colony      [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

# EXHIBIT K



JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

SEA COLONY DEVELOPMENT CORPORATION, INC.
and CARL M. FREEMAN ASSOCIATES, INC.

**DEFENDANTS**

PPLEASE SEE ATTACHED SHEET

(b) County of Residence of First Listed Plaintiff  Delaware corporation
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801        (302)654-1888

Attorneys (If Known)

unknown

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury— | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability   Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product / **PERSONAL PROPERTY** | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability / ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability   Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | Product Liability | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | | |
| | | ☐ 740 Railway Labor Act | | |
| | | ☐ 790 Other Labor Litigation | | |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

This is an action for trademark infringement under 15 U.S.C. §§ 1051-1141, as amended.

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  February 9, 2006

SIGNATURE OF ATTORNEY OF RECORD  *Steven J. Balick*

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.     Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.     Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.     Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**<u>DEFENDANTS</u>**

RESORTQUEST INTERNATIONAL, INC.
RESORTQUEST DELAWARE BEACHES
COASTAL RESORTS MANAGEMENT, INC.
COASTAL RESORTS REALTY L.L.C.,

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.   0 6 -   9 4

# ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____4_____ COPIES OF AO FORM 85.

___2/9/06___
(Date forms issued)

_____
(Signature of Party or their Representative)

___Nik Serio___ (Parcels.)
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action