IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC., and CARL M. FREEMAN ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RESORTQUEST INTERNATIONAL, INC., RESORTQUEST DELAWARE BEACHES, COASTAL RESORTS MANAGEMENT, INC., and COASTAL RESORTS REALTY L.L.C., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Sea Colony Development Corporation and Carl M. Freeman Associates, Inc., by their undersigned attorneys, state that (1) CMF Development, L.L.C. owns 10% or more of the stock of Sea Colony Development Corporation and (2) that no parent corporation or publicly held corporation owns 10% or more of the stock of Carl M. Freeman Associates, Inc.

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Raymond A. Kurz
Celine Jimenez Crowson
M Scott Stevens
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202.637.5600
Facsimile: 202.637.5910

Dated: February 9, 2006
166507.1