IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC., and CARL M. FREEMAN ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RESORTQUEST INTERNATIONAL, INC., RESORTQUEST DELAWARE BEACHES, COASTAL RESORTS MANAGEMENT, INC., and COASTAL RESORTS REALTY L.L.C., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-094 ) ) ) ) ) ) ) ) ) |

## PRAECIPE

PLEASE ISSUE ALIAS SUMMONS to the defendant **ResortQuest International, Inc.** in the above action. On Februay 10, 2006, plaintiffs attempted to affect service of their complaint on the Registered Agent for ResortQuest International, Inc. that was listed on the State of Delaware Division of Corporation's website as of February 9, 2006, but were advised that ResortQuest International, Inc. recently had changed Registered Agents. Plaintiffs request an alias summons to be issued to ResortQuest International, Inc.'s new Registered Agent, Corporation Services Company.

ASHBY & GEDDES

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
302-654-1888
*Attorneys for Plaintiffs*

1

*Of Counsel:*

Raymond A. Kurz
Celine Jimenez Crowson
M. Scott Stevens
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202.637.5600
Facsimile: 202.637.5910

Dated:   February 10, 2006
166558.1

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

SEA COLONY DEVELOPMENT CORPORATION, INC.
and CARL M. FREEMAN ASSOCIATES, INC.,

              Plaintiffs,

V.

RESORTQUEST INTERNATIONAL, INC.,
RESORTQUEST DELAWARE BEACHES,
COASTAL RESORTS MANAGEMENT, INC., and
COASTAL RESORTS REALTY L.L.C.,

              Defendants.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06-94

TO: (Name and address of Defendant)

    ResortQuest International, Inc.
    c/o Corporation Service Company (registered agent)
    2711 Centerville Road
    Suite 400
    Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

February 10, 2006

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________
Date

______________________
*Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure