AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

SEA COLONY DEVELOPMENT CORPORATION, INC.,
and CARL M. FREEMAN ASSOCIATES, INC.,

                 Plaintiffs,

      V.

RESORTQUEST INTERNATIONAL, INC.,
RESORTQUEST DELAWARE BEACHES,
COASTAL RESORTS MANAGEMENT, INC., and
COASTAL RESORTS REALTY L.L.C.,

                 Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   06 - 94

TO: (Name and address of Defendant)

    ResortQuest Delaware Beaches
    The Marketplace
    West Way Drive & Route 1
    Bethany Beach, DE  19930

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____
CLERK

_Monica Mosley_
(By) DEPUTY CLERK

February 9, 2006
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 10, 2006 |
| NAME OF SERVER (PRINT)  John A. Garber | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally hand delivered the summons and complaint to ResortQuest Delaware Beaches at the address listed on the front of this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 10, 2006        _[signature]_
              Date                     Signature of Server

Parcels, Inc.
230 North Market Street
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.