AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of         DELAWARE

SEA COLONY DEVELOPMENT CORPORATION, INC.,
and CARL M. FREEMAN ASSOCIATES, INC.,

        Plaintiffs,

V.

RESORTQUEST INTERNATIONAL, INC.,
RESORTQUEST DELAWARE BEACHES,
COASTAL RESORTS MANAGEMENT, INC., and
COASTAL RESORTS REALTY L.L.C.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   06 - 94

TO: (Name and address of Defendant)

    Coastal Resorts Realty L.L.C.
    c/o Corporation Service Company (registered agent)
    2711 Centerville Road
    Suite 400
    Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO         February 9, 2006

CLERK         DATE

*Monica Mosley*

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 10, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carey M. Shea | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally hand delivered the summons and complaint to Corporation Service Company at the address listed on the front of this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 10, 2006
            Date                Signature of Server

Parcels, Inc.
230 North Market Street
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.