IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC., and CARL M. FREEMAN ASSOCIATES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-094 |
| RESORTQUEST INTERNATIONAL, INC., RESORTQUEST DELAWARE BEACHES, COASTAL RESORTS MANAGEMENT, INC., and COASTAL RESORTS REALTY L.L.C., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Raymond A. Kurz, Celine Jimenez Crowson, and M. Scott Stevens to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for the foregoing attorneys are being submitted to the Clerk's office in connection with this motion.

ASHBY & GEDDES

/s/ *John G. Day*
_____

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com
Tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Raymond A. Kurz
Celine Jimenez Crowson
M. Scott Stevens
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202.637.5600
Facsimile:  202.637.5910

February 14, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____              _____
                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Court of Appeals, District of Columbia (1981), the U.S. Supreme Court (1985), the U.S. District Court, District of Columbia (1982) and the U.S. Court of Appeals for the Federal Circuit (1986), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Raymond A. Kurz
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5683

Dated: February 9, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bars of the Court of Appeals,

District of Columbia (1993), the U.S. Supreme Court (1994), the Court of Appeals of Maryland

(1990) and the U.S. Court of Appeals for the Federal Circuit (1991), and pursuant to Local Rule

83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs

in the preparation or course of this action.  I also certify I am generally familiar with this Court's

Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I

further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of

this motion.


Celine Jimenez Crowson
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5703


Dated:  February 9, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of Virginia (2003), Court of Appeals, District of Columbia (2004), U.S. Court of Appeals for the Federal Circuit (2004), U.S. Court of Appeals for the Fourth Circuit (2004), U.S. District Court for the District of Columbia (2005), and the U.S. Court of Federal Claims (2004), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

M. Scott Stevens
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-3649

Dated:  February 9, 2006