IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC. and CARL M. FREEMAN ASSOCIATES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 06-94 (GMS) |
| RESORTQUEST INTERNATIONAL, INC., RESORTQUEST DELAWARE BEACHES, COASTAL RESORTS MANAGEMENT, INC., and COASTAL RESORTS REALTY L.L.C., | ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER RE: SCHEDULE**

      IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the time for defendants ResortQuest International, Inc., ResortQuest Delaware Beaches, Coastal Resorts Management, Inc. and Coastal Resorts Realty, LLC, to answer, move or otherwise respond to the Complaint is hereby extended through and including March 21, 2006. Defendants request this extension to permit them adequate time to review and respond to the allegations of the Complaint.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Karen Jacobs Louden |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| sbalick@ashby-geddes.com | Karen Jacobs Louden (#2881) |
| John G. Day (#2403) | klouden@mnat.com |
| Tiffany Geyer Lydon (#3950) | 1201 North Market Street |
| 222 Delaware Ave., 17th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | Attorneys for Defendants |
| Attorneys for Plaintiffs | |

SO ORDERED this _____ day of _____, 2006

_____
Sleet, J.

#508395