IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC. and CARL M. FREEMAN ASSOCIATES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-94 (GMS) ) |
| RESORTQUEST INTERNATIONAL, INC., RESORTQUEST DELAWARE BEACHES, COASTAL RESORTS MANAGEMENT, INC., and COASTAL RESORTS REALTY L.L.C., | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the time of defendants ResortQuest International, Inc., ResortQuest Delaware Beaches, Coastal Resorts Management, Inc. and Coastal Resorts Realty, LLC, to answer, move or otherwise respond to the Complaint is hereby extended through and including April 11, 2006. The parties request this extension to permit them to discuss settlement before the filing of a responsive pleading.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* | /s/ *Karen Jacobs Louden* |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| sbalick@ashby-geddes.com | Karen Jacobs Louden (#2881) |
| John G. Day (#2403) | klouden@mnat.com |
| Tiffany Geyer Lydon (#3950) | 1201 North Market Street |
| 222 Delaware Ave., 17th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 |   Attorneys for Defendants |
|   Attorneys for Plaintiffs | |

SO ORDERED this _____ day of _____, 2006.

_____
                            Sleet, J.

508395

#508395