IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA COLONY DEVELOPMENT CORPORATION, INC., and CARL M. FREEMAN ASSOCIATES, INC., : : : : | |
| Plaintiffs, : : | |
| v. : | Civil Action No. 06-94-GMS |
| RESORTQUEST INTERNATIONAL, INC., et al., : : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **10th** day of **October, 2006,**

IT IS ORDERED that the mediation conference scheduled for Friday, March 9, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE